**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-4101**

_____

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

CHRISTOPHER HARRIS, a/k/a Christopher Todd Harris,

    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (2:10-cr-01198-CWH-3)

_____

Submitted:  October 25, 2013   Decided:  November 4, 2013

_____

Before WILKINSON, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Louis H. Lang, CALLISON TIGHE & ROBINSON, LLC, Columbia, South
Carolina, for Appellant. William N. Nettles, United States
Attorney, Nick Bianchi, Assistant United States Attorney,
Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Harris pleaded guilty to manufacturing and possession with intent to distribute marijuana plants pursuant to a plea agreement. The district court sentenced Harris to 240 months of imprisonment, a variance sentence below the Guidelines range, and he now appeals. Finding no error, we affirm.

Harris argues on appeal that his trial counsel was ineffective for failing to challenge his career offender status or investigate his predicate convictions. To prove a claim of ineffective assistance of counsel, a defendant must show (1) "that counsel's performance was deficient," and (2) "that the deficient performance prejudiced the defense." Strickland v. Washington, 466 U.S. 668, 687 (1984). Moreover, we may address a claim of ineffective assistance on direct appeal only if the lawyer's ineffectiveness conclusively appears on the record. United States v. Baldovinos, 434 F.3d 233, 239 (4th Cir. 2006). We have thoroughly reviewed the record and conclude that Harris has failed to demonstrate that ineffective assistance of counsel conclusively appears on the record. We therefore decline to address this argument on direct appeal.

Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before this court and argument would not aid the decisional process.

AFFIRMED